

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

DATE: 8/4/2009

09 CR 596

FILED
AUG 12 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Northern District Of Illinois
United States Courthouse, 219 S. Dearborn St 20th flr
Chicago, IL 60604

Transfer of ☐ Criminal Case  or  ☑ Magistrate Case
Case No. 09-1452M           Case Title: USA vs Elgin Nathan James

Dear Sir/Madam:

**Pursuant to Rule 5:**
☑ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☐ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond      or    ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport  or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☑ Other  Financial Affidavit, Affidavit of Surety(No Justification), Affidavit of Surety(Property)

**Pursuant to ☐ Rule 20 / ☐ Rule 21:**
☐ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
☐ Original Passport                      or       ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

**\*\*Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By  Shannon L Johnson (213) 894-1529
    Deputy Clerk

cc:  *U.S. Attorney -Central District of California and Receiving District, Pretrial Services*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☑ CrimIntakeCourtDocs-LA@cacd.uscourts.gov    (Los Angeles Offices)
☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case No: _____         Clerk, U.S. District Court

                                        By: _____
Date                                    Deputy Clerk

CR-48 (05/08)            LETTER RE: RULE 5, 20 and 21 - TRANSFER OUT

Date Approved: 7/14/09  Extension: 3542

By: Benjamin Barron
☐ PSA Officer (for material witness only)  ☒ AUSA

Signature: [signature]

FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
PLAINTIFF

v.

ELGIN NATHAN JAMES

DEFENDANT(S).

CASE NUMBER: 09-1452 M

NFPV

**AFFIDAVIT OF SURETY (NO JUSTIFICATION)**

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $100,000, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 14th day of July, 2009.

PATRICIA BOETTCHER
Name of Surety

Patricia S. Boettcher
Signature of Surety

MOTHER-IN-LAW
Relationship of Surety

XXX-XX-8487
Social Security Number of Surety (Last 4 digits only)

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 (02/09)            AFFIDAVIT OF SURETY (NO JUSTIFICATION)

Recommend: ☒ Approval ☐ Disapproval
(if disapproval is checked, please complete the bottom of page 2)

☒ Sufficient amount of equity
☒ Lot Book Report confirming title (dated on or after date on which surety recorded Deed of Trust)
☒ Property Appraisal (assessed value or signed written appraisal of current market value)
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On 7/28/09   x0600
       Date       Extension

By: DAVID M. HERZOG
    Assistant U.S. Attorney

Signature: _____

LODGED   ORIGINAL

2009 JUL 28 PM 12:54

CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NFPV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, v. | 09-1452-M |
| Elgin Nathan James | |
| DEFENDANT(S). | AFFIDAVIT OF SURETY(IES) (PROPERTY) |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in Menlo Park, California _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 100,000 _____ ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

CR-3 (12/05)   AFFIDAVIT OF SURETY(IES) (PROPERTY)   Page 1 of 2

A:                              : Lot 58 of tract 4556 in the City of LA, County of LA, as per map recorded in book 51, page 84 of Maps.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

James H. Boettcher
Print Name of Surety

X X X - X X - 8  2  1  2
Social Security Number *(Last 4 digits only)*

☐ Sole Holder or Owner     ☐ Tenancy in Common     ☑ Joint Tenancy     ☐ Other: _____

Percentage of Interest of Surety %100

Present Fair Market Value of Property $ 641,000
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 348,378.37
*(list below separately)*

Bank of America
Name of Holder of 1st Encumbrance

345 Montgomery Street, San Francisco, CA
Address, City, State, Zip Code

_____
Name of Holder of 2nd Encumbrance

_____
Address, City, State, Zip Code

_____
Name of Holder of 3rd Encumbrance

_____
Address, City, State, Zip Code

Total Equity $ 282,621.63
*(after deduction of encumbrance/liens)*

Homesteaders Exemption Filed?  ☐ Yes  ☑ No

Amount of Exemption $ N/A

None
Number of other bonds or undertakings

N/A
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes   ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☐ Yes   ☑ No.   If not, what was basis of appraisal? Tax reappraisal notice

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this    15    Day of    July                                                    2009

*/s/ James H Boettcher*
Signature of Surety

Owner
Relationship of Surety

_____
Signature of Surety

_____
Relationship of Surety

Above Surety Approved: */s/ Carla M. Woehrle*        Dated: 7/29/09
United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation     ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____                                                    _____
                                                                     Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                              Page 2 of 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __SAN MATEO__

On __7/15/09__ before me, __STEVEN A. WAGNER, NOTARY PUBLIC__,
_Date_ _Here Insert Name and Title of the Officer_

personally appeared __JAMES W. BOETTCHER__
_Name(s) of Signer(s)_

[Notary Seal: STEVEN A. WAGNER, COMM. # 1856525, NOTARY PUBLIC - CALIFORNIA, SAN MATEO COUNTY, My Comm. Exp. July 1, 2013]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signed]_
_Signature of Notary Public_

Place Notary Seal Above

———————— OPTIONAL ————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __AFFIDAVIT OF SURETY PROPERTY__

Document Date: __7/15/09__    Number of Pages: __2__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): ____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: ____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): ____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: ____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

Recommend: ☒ Approval   ☐ Disapproval
(if disapproval is checked, please complete the bottom of page 2)

☒ Sufficient amount of equity
☐ Lot Book Report confirming title (dated on or after date on which surety recorded Deed of Trust)
☒ Property Appraisal (assessed value or signed written appraisal of current market value)
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On 7/28/09
Date

By: DAVID M. HERZOG
Assistant U.S. Attorney

Signature: [signature]

**LODGED** 2009 JUL 28 PM 12:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

**NFPV**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER 09-1452-M |
|---|---|
| Elgin Nathan James DEFENDANT(S). | AFFIDAVIT OF SURETY(IES) (PROPERTY) |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in Menlo Park, California _____ (City, State), at the address(es) indicated; that I (we) am (are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 100,000 _____ over and above my (our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

CR-3 (12/05)     AFFIDAVIT OF SURETY(IES) (PROPERTY)     Page 1 of 2

Ac

Lot 58 of tract 4556 in the City of LA, County of LA, as per map recorded in book 51, page 84 of Maps.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

Patricia S. Boettcher
**Print Name of Surety**

X X X - X X - 8   4   8   7
**Social Security Number** *(Last 4 digits only)*        City, State, Zip Code

☐ Sole Holder or Owner    ☐ Tenancy in Common    ☑ Joint Tenancy    ☐ Other: _____

Percentage of
Interest of Surety %100    Present Fair Market
Value of Property $ 641,000
*(supporting documentation attached)*    Total Amount of
Encumbrances and/or All Liens $ 348,378.37
*(list below separately)*

**Bank of America**    345 Montgomery Street, San Francisco, CA
Name of Holder of 1st Encumbrance    Address, City, State, Zip Code

Name of Holder of 2nd Encumbrance    Address, City, State, Zip Code

Name of Holder of 3rd Encumbrance    Address, City, State, Zip Code

Total Equity $ 282,621.63
*(after deduction of encumbrance/liens)*    Homesteaders ☐ Yes ☑ No
Exemption Filed?    Amount of Exemption $ N/A

None    N/A
Number of other bonds or undertakings    Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes    ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☐ Yes    ☑ No.    If not, what was basis of appraisal? Tax reappraisal notice

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
Executed this   15   Day of   July                                    2009

*Patricia S. Boettcher*                              OWNER
Signature of Surety                              Relationship of Surety

Signature of Surety                              Relationship of Surety

Above Surety Approved:  *Carla M. Woehrle*                    Dated: 7/29/09
                         United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation        ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain): 

Dated: _____                              _____
                                                Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**
CR-3 (12/05)                                                                                                   Page 2 of 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _SAN MATEO_ }

On _7/15/09_ before me, _STEVEN A. WAGNER Notary Public_,
     Date                                      Here Insert Name and Title of the Officer

personally appeared _PATRICIA S. BOETTCHER_
                                        Name(s) of Signer(s)

STEVEN A. WAGNER
COMM. # 1856525
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Exp. July 1, 2013

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                      Signature of Notary Public

Place Notary Seal Above

———————————— OPTIONAL ————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _AFFIDAVIT OF SURETY PROPERTY_

Document Date: _7/15/09_     Number of Pages: _2_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827