UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 09 CR 596 |
| | ) | |
| ELGIN NATHAN JAMES | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Elgin Nathan James ("James"), by and through his undersigned counsel of record, respectfully moves this Court for entry of an Order modifying the conditions of his release, as follows:

1. On August 4, 2009, this Court entered an Order Setting Conditions of Release for James ("Release Order"). (Docket No. 15.)

2. Paragraph 7(q) of the Release Order requires that James "submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency.…"

3. Since entry of the Release Order, James has been required to call Pretrial Services every night, including weekends and holidays, to determine whether he will be required to present himself the next morning for a drug test, and to periodically appear at inconvenient times and locations for those tests.

4. The possibility that James will be required to present himself for a random drug test on a daily basis has adversely affected James' ability to attend to his professional and family obligations.

5.      James has no drug history, and the offense with which James is charged is not drug-related. Further, the Office of Pretrial Services has provided the undersigned counsel with written confirmation that all of James' drug tests to date have been negative.

6.      The United States does not object to this Motion, and the Office of Pretrial Services has considered and approved this request.

**WHEREFORE**, Defendant Elgin Nathan James respectfully requests that this Court enter an Order modifying his conditions of release to remove the requirement set forth in Paragraph 7(q) of the Release Order, as set forth above.

Date:  August 27, 2009                                          Respectfully submitted,

                                                                ELGIN NATHAN JAMES


                                                        By:     s/Abigail A. Clapp
                                                                Abigail A. Clapp
                                                                One of His Attorneys

Daniel D. Rubinstein (IL ARDC 6291249)
Abigail A. Clapp (IL ARDC 6269540)
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL  60601
Tel.    (312) 456-8400
Fax    (312) 456-8435

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney, certifies that a copy of the foregoing *Unopposed Motion To Modify Conditions of Release* has been served upon the individuals listed below via the CM/ECF electronic filing service system,

          Felicia Alesia
          Ryan Hedges
          United States Attorney's Office
          219 S. Dearborn Street
          Chicago, IL  60604

on this 27th day of August, 2009.

                              /s/  Abigail A. Clapp